# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0359

VERSUS

DOUGLAS FORD                                          **JUNE 6, 2022**

---

In Re:    Douglas Ford, applying for supervisory writs, 32nd
          Judicial District Court, Parish of Terrebonne, No.
          684,045.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

  **WRIT DENIED.**

                              **PMc**
                              **JEW**
                              **MRT**

COURT OF APPEAL, FIRST CIRCUIT

_a.Swl_

DEPUTY CLERK OF COURT
    FOR THE COURT